No. 79-1748. GENERAL COMMITTEE OF ADJUSTMENT, UNITED TRANSPORTATION UNION E *v.* BURLINGTON NORTHERN, INC., ET AL. C. A. 8th Cir. Certiorari denied.

No. 79-1752. ADAMS ET AL. *v.* UNITED STATES ET AL. C. A. 8th Cir. Certiorari denied.

No. 79-1753. CONWAY ET AL. *v.* MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 79-1755. GULLO *v.* LAMBERT ET AL. Cir. Ct. Arlington County, Va. Certiorari denied.

No. 79-1756. KEENAN MOTORS, INC. *v.* A. R. D. CORP. C. A. 3d Cir. Certiorari denied.

No. 79-1759. ELIASON CORP. *v.* NATIONAL SANITATION FOUNDATION ET AL. C. A. 6th Cir. Certiorari denied.

No. 79-1761. SEAY *v.* NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 79-1762. TOWER LOAN OF MISSISSIPPI, INC. *v.* HARRIS. C. A. 5th Cir. Certiorari denied.

No. 79-1763. CHLORINE INSTITUTE, INC., ET AL. *v.* OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION ET AL. C. A. 5th Cir. Certiorari denied.

No. 79-1765. ARTHUR ANDERSEN & Co. *v.* STEWART ET AL. C. A. 1st Cir. Certiorari denied.

No. 79-1768. MYERS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.